UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :       Crim. No.: 25-9218

       v.      :

DEMETREUS HARGROVE    :       SUBSTITUTION OF ATTORNEY


PLEASE TAKE NOTICE that the United States, has reassigned the above-captioned matter to Sean Nadel (Sean.Nadel@usdoj.gov), Assistant United States Attorney, in substitution for Michelle L. Goldman, Assistant United States Attorney, who previously appeared in this matter.


            TODD W. BLANCHE
            United States Deputy Attorney General

            ALINA HABBA
            Acting United States Attorney
            Special Attorney


            /s/ *Sean Nadel*

            By:  SEAN NADEL
            Assistant United States Attorney


Dated: August 12, 2025